# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JESSE RAMON JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>    Defendants. | No. CV 19-8485-DSF (PLA)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On October 15, 2019, the Court denied plaintiff's Application to Proceed Without Prepayment of Filing Fees ("Application"), based on his failure to provide a certified copy of his trust fund statement and certificate of an authorized officer. The Court ordered plaintiff to resubmit his Application with the Certified Trust Account Statement and Disbursement Authorization within 30 days of the date of that Order and advised him that failure to do so would result in this case being dismissed. (ECF No. 4). Plaintiff failed to resubmit his Application and other required documents, or otherwise respond to the October 15, 2019, Order, and the time to do so is passed. Accordingly, this action is **dismissed without prejudice**. **IT IS SO ORDERED**.

DATED: November 27, 2019

                                          HONORABLE DALE S. FISCHER
                                          UNITED STATES DISTRICT JUDGE